UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVA GORDON,

                         Plaintiff,

-against-

FEDERAL BUREAU OF INVESTIGATION,

                         Defendant.

18-CV-3182

CIVIL JUDGMENT

Pursuant to the order issued April 13, 2018, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 13, 2018
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge